COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 STEPHANIE ESTRADA,
  
                            
 Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-11-00328-CR
  
 Appeal from the
  
 346th
 District Court
  
 of El
 Paso County, Texas
  
 (TC# 20100D02869)
  
 
 


 

MEMORANDUM
OPINION

 

Pending before the
Court is the Appellant’s motion to dismiss this appeal pursuant to Tex.R.App.P. 42.2(a).  Finding that the Appellant has complied with
the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

 

                                                                        GUADALUPE
RIVERA, Justice

April 25, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.

 

(Do Not Publish)